**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03060-RPM

DOUGLAS RATHBUN,

      Plaintiff,

v.

BERNARD MONTOYA, Detective, Denver Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity;
JOHN M. LIETZ, Detective, Denver Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity;
DAVID SCONCE, Sergeant, Denver Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity
JAMES SEWALD; Officer, Denver Police Department, sued in his individual capacity;
ART PETERSON, Detective, Jefferson County Sheriff's Office, Metropolitan Auto Theft Task Force, sued in his individual capacity;
W.D. HOOVER, Sergeant, Lakewood Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity;
SEAN TEMPLETON, Detective, Lakewood Police Department, sued in his individual capacity;
OFFICER OBECHINA, Detective, Lakewood Police Department, sued in his individual capacity'
CHARLES HEMMING, Detective, Wheat Ridge Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity;
DELFINO RODRIGUEZ, Inspector, Denver Neighborhood Inspection Services, sued in his individual capacity;
OFFICER MUELLER, Metropolitan Auto Theft Task Force, sued in his individual capacity;
OFFICER MORETTI, Metropolitan Auto Theft Task Force, sued in his individual capacity;
JOHN DOES 1-4, Metropolitan Auto Theft Task Force, sued in their individual capacities;

      Defendants.

---

## STAY ORDER
---

      Pursuant to the Defendants' Joint Motion to Stay Discovery Pending Qualified Immunity Determination [57] and the exercise of this Court's case management authority, it is

ORDERED that discovery as to all defendants, including Defendants Templeton and Moretti, is stayed until the setting of a scheduling conference.

Dated:   April 22nd, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge