**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 22, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 13-cv-03060-RPM

| | |
|---|---|
| DOUGLAS RATHBUN, | Kenneth M. Burton |
| | Robert P. Borquez |
| Plaintiff, | |
| v. | |
| BERNARD MONTOYA, Detective, Denver Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity; | Evan P. Lee |
| JOHN M. LIETZ, Detective, Denver Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity; | Evan P. Lee |
| DAVID SCONCE, Sergeant, Denver Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity | Evan P. Lee |
| JAMES SEWALD; Officer, Denver Police Department, sued in his individual capacity; | Evan P. Lee |
| ART PETERSON, Detective, Jefferson County Sheriff's Office, Metropolitan Auto Theft Task Force, sued in his individual capacity; | Writer Mott
Rebecca P. Klymkowsky |
| W.D. HOOVER, Sergeant, Lakewood Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity; | Christina S. Gunn |
| SEAN TEMPLETON, Detective, Lakewood Police Department, sued in his individual capacity; | Christina S. Gunn |
| OFFICER OBECHINA, Detective, Lakewood Police Department, sued in his individual capacity; | Writer Mott |
| CHARLES HEMMING, Detective, Wheat Ridge Police Department, Metropolitan Auto Theft Task Force, sued in his individual capacity; | Josh A. Marks |
| DELFINO RODRIGUEZ, Inspector, Denver Neighborhood Inspection Services, sued in his individual capacity; | Evan P. Lee |
| OFFICER MUELLER, Metropolitan Auto Theft Task Force, sued in his individual capacity; | |
| OFFICER MORETTI, Metropolitan Auto Theft Task Force, sued in his individual capacity; | Roberto Ramirez |
| JOHN DOES 1-4, Metropolitan Auto Theft Task Force, sued in their individual capacities; | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

July 22, 2014
13-cv-03060-RPM

**Hearing on Motions to Dismiss**

**9:26 a.m.          Court in session.**

Court's preliminary remarks.

Mr. Burton answers questions asked by the Court regarding information with respect to the Amended Complaint, search warrant, affidavit and confiscated property (cars sold/abandoned property).

**Mr. Burton states plaintiff is not challenging the arrest.**

**ORDERED:     Defendant Mueller dismissed pursuant ot Notice of Voluntary Dismissal [85]. Defendant Mueller's Motion to Dismiss [55], is moot.**

Argument by Mr. Lee (First Claim for Relief).

**ORDERED:     The Denver Defendants' Motion to Dismiss Plaintiff's Complaint and Jury Demand [56], is denied with respect to defendant Lietz.  A written order will be issued.**

Argument by Mr. Marks (Second, Third, and Fourth Claims for Relief).

Mr. Burton states plaintiff agrees to dismiss defendant Rodriguez.

**ORDERED:     Defendant Rodriguez is dismissed.**

**ORDERED:     Defendant Moretti's Motion to Dismiss [39], is denied and a written order will be issued.**

**Defendant Hoover's Motion to Dismiss [45], is denied and a written order will be issued.**

**Defendant Charles Hemming's  Motion to Dismiss Plaintiff's First Amended Complaint [47], is denied and a written order will be issued.**

**Defendants Obechina's and Peterson's Motion to Dismiss [48], is denied and a written order will be issued.**

**9:47 a.m.          Court in recess.**

Hearing concluded.  Total time: 21  min.