**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03060-RPM

DOUGLAS RATHBUN,

    Plaintiff,

v.

BERNARD MONTOYA, Detective, Denver Police Department, Metropolitan Auto Theft Task
  Force, sued in his individual capacity;
JOHN M. LIETZ, Detective, Denver Police Department, Metropolitan Auto Theft Task Force,
  sued in his individual capacity;
DAVID SCONCE, Sergeant, Denver Police Department, Metropolitan Auto Theft Task Force,
  sued in his individual capacity;
JAMES SEWALD, Officer, Denver Police Department, sued in his individual capacity;
COUNTY OF JEFFERSON;
CITY OF LAKEWOOD;
CITY OF ARVADA;
CITY OF WHEAT RIDGE;

    Defendants.
_____

## ORDER DISMISSING CERTAIN DEFENDANTS WITH PREJUDICE
_____

    Plaintiff Douglas Rathbun and Defendants County of Jefferson, the City of Lakewood, the City of Wheat Ridge, and the City of Arvada have filed a Joint Stipulated Motion for Dismissal with Prejudice. After careful review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendants should be dismissed with prejudice.

    THEREFORE IT IS ORDERED as follows: (1) That the Joint Stipulated Motion for Dismissal with Prejudice is APPROVED; and, (2) That Plaintiff's claims against Defendants County of Jefferson, the City of Lakewood, the City of Wheat Ridge, and the City of Arvada are DISMISSED WITH PREJUDICE, each party to pay his or her own attorney's fees and costs.

Dated this 3rd day of March, 2015.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge